# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IHEALTH PHARMACY LLC D/B/A
CET PHARMACY SERVICE,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

    Defendant.

Case No.  2:22-cv-12587-TGB
Hon. Terrence Berg

| IBRAHIM HAMMOUD (P75765) | MITCHELL E. McINTYRE (P76613) |
|---|---|
| SEVA LAW FIRM | CLAIRE D. VERGARA (P77654) |
| Attorney for Plaintiff | PLUNKETT COONEY, PC |
| 1050 Wilshire Drive, Suite 335 | Attorneys for Defendant |
| Troy, MI 48084 | 38505 Woodward Avenue, Suite 100 |
| Phone \| 248-385-5704 | Bloomfield Hills, MI 48304 |
| Facsimile \| 248-457-5009 | Phone \| (313) 983-4933 \| |
| E-Mail \| ibrahim@sevafirm.com | Facsimile \| (248)901-4040 |
|  | E-Mail \| |
|  | mmcintyre@plunkettcooney.com |
|  | cvergara@plunkettcooney.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    This matter having come before the Court upon the stipulation between Plaintiff and Defendant, through their respective counsel, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to be assessed against any party.

This is a final order that closes the case.

Date**:** February 27, 2025                s/Terrence G. Berg
                                           HON. TERRENCE BERG
                                           U.S. DISTRICT COURT JUDGE

SO STIPULATED:

Date:   February 27, 2025              /s/ Ibrahim Hammoud (w/consent)
                                       IBRAHIM HAMMOUD (P75765)
                                       SEVA LAW FIRM
                                       Attorney for Plaintiff

Date:   February 27, 2025              /s/ Mitchell McIntyre
                                       **MITCHELL E. McINTYRE (P76613)**
                                       PLUNKETT COONEY
                                       Attorney for Defendant

Open.28417.22798.33750730-1